### WEBSTER BANK ET AL. *v.* SQUIRES HIGHTECH CORPORATION ET AL.

The petition by the defendant William T. Squires for certification for appeal from the Appellate Court (AC 31405) is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*William T. Squires*, pro se, in support of the petition.

*Philip G. Kent*, in opposition.

Decided January 28, 2010

### DENISE WARD *v.* TODD C. BARRETTA

The defendant's petition for certification for appeal from the Appellate Court (AC 31445) is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Todd C. Barretta*, pro se, in support of the petition.

Decided January 28, 2010